UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Tyra M Smith

Debtor(s)

Case No. 11 B 08465

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/01/2011.

2) The plan was confirmed on 06/01/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/01/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/18/2012.

5) The case was Converted on 06/11/2013.

6) Number of months from filing to last payment: 28.

7) Number of months case was pending: 30.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $9,150.00 |
| Less amount refunded to debtor | $166.50 |
| **NET RECEIPTS:** | **$8,983.50** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,650.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $397.59 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,047.59** |

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| 500 Fast Cash | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Advocate Health Care | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Advocate Health Care | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Advocate Trinity Hospital | Unsecured | 503.00 | 117.45 | 117.45 | 5.09 | 0.00 |
| American Medical Collections Agency | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| American Web loan | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 708.00 | 1,846.66 | 1,846.66 | 79.91 | 0.00 |
| Audit Systems | Unsecured | 359.00 | NA | NA | 0.00 | 0.00 |
| Back Bowl I LLC | Unsecured | 428.00 | 428.43 | 428.43 | 18.54 | 0.00 |
| Back Bowl I LLC | Unsecured | 1,046.00 | 1,046.14 | 1,046.14 | 45.26 | 0.00 |
| Baron Collection | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Blockbuster Video | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BMO Harris Bank | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| BMO Harris Bank | Secured | 151,527.22 | 129,521.05 | 129,521.05 | 0.00 | 0.00 |
| BMO Harris Bank | Secured | 151,527.22 | 13,130.22 | 13,130.22 | 4,979.86 | 0.00 |
| Brighton Financial | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CashNet USA | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Cavalry Portfolio Services | Unsecured | NA | 1,055.81 | 1,055.81 | 45.68 | 0.00 |
| CB USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chicago Central Emergency | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Chicago Imaging | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| Childrens Dental Care | Unsecured | 65.00 | 71.92 | 71.92 | 3.11 | 0.00 |
| Christ Hospital | Unsecured | 440.00 | NA | NA | 0.00 | 0.00 |
| Christ Hospital | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| CMG Group | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| Crd Prt Asso | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Dr Nancy Church | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 8,360.00 | 14,273.43 | 14,273.43 | 617.58 | 0.00 |
| Extra Cash | Unsecured | 398.00 | NA | NA | 0.00 | 0.00 |
| First Source Bank | Unsecured | 224.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| GE Capital Credit Card | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Gemb/JCP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Harris & Harris | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Harris & Harris | Unsecured | 127.00 | NA | NA | 0.00 | 0.00 |
| Harris N.a. | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Integrity Financial Partners Inc | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| JHS Marketing | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| LA Fitness | Unsecured | 335.00 | NA | NA | 0.00 | 0.00 |
| Medical Business Bureau Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Medstar Labs Inc | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| Midwest Anethesia | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| My Cash Now | Unsecured | 666.00 | NA | NA | 0.00 | 0.00 |
| Neurologic Associates | Unsecured | 537.00 | NA | NA | 0.00 | 0.00 |
| Nissan Motor Acceptance Corporation | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Oaklawn Radiologist | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| Pluto Marketing | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1,044.00 | 915.54 | 915.54 | 39.61 | 0.00 |
| Quest Diagnostics Inc | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Seaside Payday Loan | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Student Loan Corp | Unsecured | 5,748.00 | NA | NA | 0.00 | 0.00 |
| United Collection Bureau Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 4,440.00 | 2,340.47 | 2,340.47 | 101.27 | 0.00 |
| University Of Phoenix | Unsecured | 368.00 | NA | NA | 0.00 | 0.00 |
| Wow Cable | Unsecured | 246.00 | NA | NA | 0.00 | 0.00 |
| Zip 19 | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $129,521.05 | $0.00 | $0.00 |
| Mortgage Arrearage | $13,130.22 | $4,979.86 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$142,651.27** | **$4,979.86** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$22,095.85** | **$956.05** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,047.59 |
| Disbursements to Creditors | $5,935.91 |
| **TOTAL DISBURSEMENTS** : | **$8,983.50** |

    12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 08/26/2013      By: /s/ Marilyn O. Marshall
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.